UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLFIN AH-CALIFORNIA 7, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CANDY F. VILLANUEVA, et al.,<br><br>Defendants. | No. 2:14-cv-0082-KJM-KJN-PS<br><br><br><br>ORDER |

On January 17, 2014, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.,* 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed January 17, 2014, are ADOPTED;

2. This action is remanded to the Solano County Superior Court;

/////

1

3. The Clerk of Court shall serve a certified copy of this order on the Clerk of the Solano County Superior Court and reference the state case number (No. FCM138932) in the proof of service; and

4. The Clerk of Court shall vacate all dates and close this case.

DATED: February 25, 2014.

_____
UNITED STATES DISTRICT JUDGE